Jose ROSARIO–SERRANO,
Claimant–Appellant,

v.

Anthony J. PRINCIPI, Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 02–7190.

United States Court of Appeals,
Federal Circuit.

Dec. 30, 2003.

## ORDER

Upon consideration of Jose Rosario–Serrano's unopposed motion to voluntarily dismiss this appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

(1) The motion is granted.

(2) Each side shall bear its own costs.